(This is an entirely new rule.)

**Rule 1065.1. Notice. Claim for Adverse Possession.**

(a)    This rule governs an action to quiet title of property pursuant to Section 5527.1 of the Judicial Code, 42 Pa.C.S. §5527.1.

> Note:  Section 5527.1 of the Judicial Code permits a party to seek to acquire title to real property by commencing an action to quiet title if the party has adversely possessed the real property for a period of not less than ten years.

(b)    As used in this rule,

"plaintiff" means the possessor of real property who is seeking to quiet title to real property that he or she has adversely possessed for a period of not less than ten years.

"defendant" means the owner, the owner's heirs, successors, and assigns, of the real property as recorded in the most recent deed filed in the Recorder of Deeds Office at the courthouse in the county in which the real property is located.

(c)    Upon satisfying the requirements of Section 5527.1(a)-(b) of the Judicial Code and commencing an action to quiet title, the plaintiff shall provide to the defendant the notice set forth in subdivision (d) of this rule.

(d)    The notice shall be substantially in the following form:

(CAPTION)

**Notice Required by Section 5527.1 of the Judicial Code**

To the above-named defendant:

The plaintiff in the above-captioned matter has filed an action to quiet title pursuant to Section 5527.1 of the Judicial Code, 42 Pa.C.S. § 5527.1, seeking to acquire title by adverse possession of real property described as follows:

_____
Street Address


_____
City, State, Postal Zip Code


_____
Deed Reference


_____
Uniform Parcel Identifier or Tax Parcel Number


_____


_____


_____


_____
Metes and Bounds Description

If you wish to challenge the claim of adverse possession, you must respond to the action to quiet title within one year after this complaint and notice are served by commencing an action in ejectment against the plaintiff.